UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANA MOTA, *a minor, by and through her parents and next friends,* NANCY JIMENEZ-MOTA and RAFAEL MOTA,<br><br>*Plaintiff*,<br><br>v.<br><br>GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT and GABRIEL A. TRUJILLO*, in his official capacity as Superintendent of Schools of Grand Prairie Independent School District*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-cv-3752-M |

**ORDER**

Before the Court is Plaintiff Ana Mota's, a minor appearing through her parents and next friends, Nancy Jimenez-Mota and Rafael Mota, Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 2. The Court **ORDERS** Defendants to file a response to the motion by November 4, 2026. Plaintiff may file a reply by November 5, 2026. Should the Court set a hearing, it will be held on November 6, 2026, at 10:00AM in Courtroom 1570.

**IT IS SO ORDERED** this 27th day of October, 2026.

Kasdin M. Mitchell
KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE