**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ANA MOTA, a minor, by and through her parents and next friends, NANCY JIMENEZ-MOTA and RAFAEL MOTA,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT; and GABRIEL A. TRUJILLO, in his official capacity as Superintendent of Schools of Grand Prairie Independent School District,**<br><br>**Defendants.** | **Civil Case No. 3:26-cv-03752-M** |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX IN SUPPORT OF APPLICATION FOR INJUNCTIVE RELIEF**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendants Grand Prairie Independent School District ("GPISD" or "District") and Gabriel A. Trujillo, in his official capacity as Superintendent of Schools of Grand Prairie Independent School District, file this their response in opposing Plaintiffs' Motion for Leave to File Supplemental Appendix in Support of Application for Injunctive Relief and state as follows:

I.

Plaintiffs filed their Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65. In support of the motion and in accordance with FRCP 65(1)(A), Plaintiffs submitted the Declaration of Nancy Jimenez-Mota, Ana's mother. This was appropriate and well within the requirements of Rule 65(a)(A).

II.

Now, the additional evidence that Plaintiffs want leave to supplement now includes four declarations from persons unrelated to facts of the case. Three of the four declarations are from persons living in New York and Connecticut with no prior relationship to any party nor any of the

events about which Plaintiffs complain. Moreover, none of the declarants are persons with personal knowledge of facts relevant to the status quo, and each declaration contains misstatements of fact and even offer legal opinions about Texas law and contested opinions about the alleged harm that Plaintiff will suffer if not allowed to play a certain role in a particular high school musical.

III.

The evidence which Plaintiffs seek leave to file in the Supplemental Appendix would be unexaminable hearsay and is unnecessary and irrelevant to Plaintiffs' FRCP 65 request for injunctive relief. Plaintiffs have already satisfied the rule's requirement for a verified complaint. Allowing Plaintiffs to add this evidence to the record without requiring these declarants to appear at an evidentiary hearing where Defendants would have the opportunity to cross-examine the declarants would be wholly prejudicial to Defendants.

IV.

Should the Court decide that an evidentiary hearing will be necessary on Plaintiffs' request for preliminary injunction, Plaintiffs may call these declarants as witnesses at that time. Defendants would then have an opportunity to cross examine the witnesses and offer their own testimony and evidence for the Court's consideration. Defendants are entitled to an opportunity to present a defense, and allowing the admission of additional evidence without the opportunity to cross-examine the witnesses nor allowing Defendants the opportunity to introduce controverting evidence will deprive Defendants of that right. *Ciena Corp v. Jarrard*, 203 F.3d 312, 320 (4th Cir. 2000). If the Court determines no evidentiary hearing is necessary, but that it is inclined to consider the additional evidence submitted, Defendants should be given sufficient time to file objections to the evidence and submit evidence of its own prior to the Court's decision on the injunctive relief requested.

WHEREFORE, PREMISES CONSIDERED, Defendants request that Plaintiffs' Motion for Leave to File Supplemental Appendix in Support of Application for Injunctive Relief be denied.

Respectfully submitted,

SPALDING NICHOLS LAMP LANGLOIS

*/s/ Angela Tekell*
Angela Tekell
State Bar No. 19763930
Email: atekell@snll-law.com
Paul A. Lamp
State Bar No. 24002443
Email: plamp@snll-law.com
3700 Buffalo Speedway, Suite 500
Houston, Texas 77098
Telephone: 713-993-7060
Facsimile: 888-726-8374

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, a true and correct copy of the foregoing Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Appendix in Support of Application for Injunctive Relief was served on all counsel of record via the electronic filing manager in compliance with the Federal Rules of Civil Procedure.

Jonathan Winocour
Winocour Law
1511 East Levee Street, Suite B
Dallas, Texas 75207

*/s/ Angela Tekell*
Attorney for Defendants