**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ANA MOTA, a minor, by and through her parents and next friends, NANCY JIMENEZ-MOTA and RAFAEL MOTA,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT; and GABRIEL A. TRUJILLO, in his official capacity as Superintendent of Schools of Grand Prairie Independent School District,**<br><br>**Defendants.** | **Civil Case No. 3:26-cv-03752-M** |

**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX IN SUPPORT OF APPLICATION FOR INJUNCTIVE RELIEF**

Before the Court is Plaintiffs' Motion for Leave to File Supplemental Appendix in Support of Application for Injunctive Relief. The Court is of the opinion that Plaintiffs' Motion lacks merit and should be denied. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Appendix in Support of Application for Injunctive Relief is **DENIED**.

**IT IS SO ORDERED** this ____ day of November, 2026.

______________________________
KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SPALDING NICHOLS LAMP LANGLOIS

*/s/ Angela Tekell*

Angela Tekell
State Bar No. 19763930
Email: atekell@snll-law.com
Paul A. Lamp
State Bar No. 24002443
Email: plamp@snll-law.com
3700 Buffalo Speedway, Suite 500
Houston, Texas 77098
Telephone: 713-993-7060
Facsimile: 888-726-8374

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, a true and correct copy of the foregoing Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Appendix in Support of Application for Injunctive Relief was served on all counsel of record via the electronic filing manager in compliance with the Federal Rules of Civil Procedure.

Jonathan Winocour
Winocour Law
1511 East Levee Street, Suite B
Dallas, Texas 75207

*/s/ Angela Tekell*
Attorney for Defendants